UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

| In Re: | | Case No. 10-15851-JH |
|---|---|---|
| | : | |
| JOHNS, DONALD D. | : | Chapter 7 |
| JOHNS, MARY MARGARET | : | |
| Debtor(s) | : | Judge Hopkins |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $4.20 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| American Express Bank FSB c/o Becket & Lee LLP Post Office Box 3001 Malvern PA 19355-0701 | 00001 | 4.20 |
| Total Small Dividends 25.00 or under | | |
| 4.20 | | |

Dated: April 22, 2011           /s/ Thomas J. Geygan, Sr.
                                 THOMAS J. GEYGAN, SR., TRUSTEE

cc: U.S. Trustee

| | | **BANK OF AMERICA, N.A.** | CHECK NUMBER |
|---|---|---|---|
| Claim 000011, Payment 9.33541% | | 32-1/1110 TX | **1014** |
| American Express Bank FSB | THOMAS J. GEYGAN, SR., Trustee | 0 | |
| c/o Becket & Lee LLP | 8050 Hosbrook Rd., | DATE | AMOUNT |
| Post Office Box 3001 | Ste 107 | | |
| Malvern PA 19355-0701 | Cincinnati, OH 45236 | 04/22/11 | ***********4.20 |

Dividend

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 10-15851 | JH | Debtor: JOHNS, DONALD D. |
| | | Joint Debtor: JOHNS, MARY MARGARET |

**2438382**
PAY TO THE ORDER OF

U. S. Bankruptcy Court
Southern District of Ohio
221 E. Fourth Street, Suite 800
Cincinnati, OH 45202

*Four Dollars And 20/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊⁗0010 14⁗  ⑊1110000 12⑊

